# EXHIBIT 6

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

"AMY," "VICKY," and "ALICE,"

Case No. 5:16-cv-00212-MTT

Plaintiffs,

v.

JOHN LEE ANDERSON III,

Defendant.

## FIRST RESPONSES OF PLAINTIFFS "AMY," "VICKY," AND "ALICE" TO DEFENDANT JOHN LEE ANDERSON, III'S FIRST INTERROGATORIES

Defendants "Amy," "Vicky," and "Alice" respond as follows to Defendant John Lee Anderson, III's first interrogatories. These responses are based upon and therefore limited by records and information in existence, presently recollected, and thus far discovered in the course of preparing these responses. Therefore, Plaintiffs reserve the right to make changes in these responses if it appears at any time that inadvertent errors or omissions have been made or additional or more accurate information has become available.

Plaintiffs object to the preliminary portions of Defendant's discovery requests on the grounds that they cause the requests to exceed the scope of discovery permitted by Fed. R. Civ. P. 26 and, by purporting to define words to have meanings

other than their ordinary senses, they cause the requests to be so broad, vague, and general as to be overly burdensome and oppressive. These responses are based on the ordinary meanings of the words used in the requests.

## INTERROGATORY 1

**Please identify by name, address, telephone number, employer, and job title, every person with knowledge relating to any chain of custody of Defendant's computer referenced in paragraph 39 of your Amended Complaint.**

### RESPONSE 1

Information sought by this interrogatory may be ascertained or derived from materials in the possession, custody, or control of Defendant or that have been or will be produced to him. Plaintiffs particularly call Defendant's attention to materials produced by Plaintiffs and to Defendant's criminal discovery.

### INTERROGATORY 2

**Please identify by name, address, telephone number, employer, and job title, every person with knowledge relating to any chain of custody of the sex abuse images and/or videos described in your Amended Complaint.**

### RESPONSE 2

The images cannot be lawfully held only by law enforcement personnel and the U.S. Department of Justice. Other information sought by this interrogatory may be ascertained or derived from Defendant's criminal discovery.

2

## INTERROGATORY 3

**Please set forth the chain of custody** *(i.e.,* **information concerning the custody, control, transfer, analysis, and disposition in chronological order) for Defendant's computer referenced in paragraph 39 of your Amended Complaint, from the seizure of Defendant's computer to the current date.**

## RESPONSE 3

See response to interrogatory 2.

## INTERROGATORY 4

**Please set forth the chain of custody** *(i.e.,* **information concerning the custody, control, transfer, analysis, and disposition in chronological order) for the sex abuse images and/or videos described in your Amended Complaint, from the seizure of such images and/or videos to the current date.**

## RESPONSE 4

See response to interrogatory 2.

## INTERROGATORY 5

**To the extent not already provided, please identify the current location of Defendant's computer referenced in paragraph 39 of your Amended Complaint and the name(s) of any entity or person with possession and custody of same.**

## RESPONSE 5

See response to interrogatory 2.

3

## INTERROGATORY 6

**To the extent not already provided, please identify the current location of the sex abuse images and/or videos described in your Amended Complaint and the name(s) of any entity or person with possession and custody of same.**

## RESPONSE 6

See response to interrogatory 2.

## INTERROGATORY 7

**Please state the date of birth and state of residence of each Plaintiff in this case.**

## RESPONSE 7

Plaintiffs object to this interrogatory on the grounds that it: seeks to reveal Plaintiffs' identity, contrary to the Court's order allowing the use of pseudonyms; and is not relevant to the subject matter of this action inasmuch as it is not reasonably designed to lead to the discovery of admissible evidence.

Respectfully submitted,

HOLLBERG & WEAVER, LLP
2921 Piedmont Road, N.E., Suite
Atlanta, Georgia 30305-2785
Phone 404-760-1116
gweaver@hw-law.com

/s/ George M. Weaver
GEORGE M. WEAVER        743150
Attorney for Plaintiffs
**Local Counsel**

MARSH LAW FIRM PLLC
151 E Post Road, Suite 102
White Plains, New York 10601-5210
Phone | Fax | Txt 212-372-3030
jamesmarsh@marsh.law

/s/ James R. Marsh
JAMES R. MARSH
*admitted pro hac vice*
Attorney for Plaintiffs
**Lead Counsel**

4

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

"AMY," "VICKY," and "       ALICE,"       Case No. 5:16-cv-00212-MTT

Plaintiffs,

v.

JOHN LEE ANDERSON III,

Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on the 28 of June, 2017, I emailed and mailed via

United States Postal Service Priority Mail the foregoing First Responses of

Plaintiffs "Amy," "Vicky," and "Alice" to Defendant John Lee Anderson, III'S

First Interrogatories to.

Arthur W. Leach
The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
art@arthurwleach.com

MARSH LAW FIRM PLLC
151 E Post Road, Suite 102
White Plains, New York 10601-5210
Phone | Fax | Txt 212-372-3030
jamesmarsh@marsh.law

/s/ James R. Marsh
JAMES R. MARSH
*admitted pro hac vice*
Attorney for Plaintiffs
**Lead Counsel**