UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| "AMY," "VICKY," and "ALICE," | Case No. 5:16-cv-00212-MTT |
| Plaintiffs, | DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| JOHN LEE ANDERSON III, | |
| Defendant. | |

CAROL L. HEPBURN hereby declares the following to be true and correct under penalty of perjury of the laws of the State of Washington:

1. I have represented the Plaintiffs "Vicky" and "Alice" in their requests for restitution and in other civil matters. I make this Declaration in support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment.

2. Attached hereto as Exhibit 1 are true and correct copies of the redacted VNS Notifications for the Vicky Series victim. We began our work requesting restitution for Vicky in 2009. We did not have documentation prepared early in the year and did not have our administrative systems for her case adequately in place to respond to all notices at that time. Hence, we made no request in Mr. Anderson's criminal matter. Vicky was not represented prior to our engagement. I have had many conversations with law enforcement, including the original detective on the contact/production offense, concerning this series and my client over the years.

DEC OF CAROL L. HEPBURN IN SUPPORT OF PLTFS' OPPOSITION TO DEFENDANT'S MOTION FOR MSJ - 1

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

I have seen sanitized and non-pornography images included in the series and know my client to be the victim in the Vicky series. I have redacted identifying information from these notices which would have given her identity and location.

3.   Attached hereto as Exhibit 2 are true and correct copies of the redacted VNS Notifications for the "At_Dawn" series victim formerly the "Christina" series. In 2009, Alice was still a minor. She was not represented by counsel. I have had many conversations with law enforcement, including the original detective and the victim witness advocate on the original contact/production offense, concerning this series and my client over the years. I have seen sanitized and non-pornography images included in the series and know my client to be the victim in the Christina series (nka At_Dawn series.) These notices attached at Exhibit 2 were addressed to her mother at their home address. I have redacted identifying information which would have given her legal name and location. It is my understanding, and I have no information to the contrary, that no action was taken by the family in response to any notices. Hence, no request for restitution was made.

4.   Defendant has submitted his Exhibit 1 which provides copies of filings in other four other civil matters and a motion for restitution in a criminal matter. He neglects to inform the court that one of the civil matters, Vicky v. Besola, was dismissed with no settlement or resolution for the plaintiff. In that case, the defendant's conviction was overturned on appeal and plaintiff voluntarily withdrew her claim. The three other civil matters were settled on a confidential basis for less than the prayer.

5.   The motion for restitution includes a list of orders entered in other criminal cases. With regard to the orders entered for Vicky the majority remain wholly unpaid or only

DEC OF CAROL L. HEPBURN IN SUPPORT OF PLTFS' OPPOSITION TO DEFENDANT'S MOTION FOR MSJ - 2

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

partially paid. Many defendants are penurious, two have died in custody, others make small payments. My office has received payments from numerous defendants for under $10.00.

DATED this 16th day of January, 2018, at Seattle, Washington.

      /s/ Carol L. Hepburn
Carol L. Hepburn
200 First Avenue West, #550
Seattle, WA 98119
Phone: (206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net
Of attorney for Plaintiffs Vicky & Alice

DEC OF CAROL L. HEPBURN IN SUPPORT OF PLTFS' OPPOSITION TO DEFENDANT'S MOTION FOR MSJ - 3

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273