# EXHIBIT 1



Carol Hepburn <hepburn.lawyers@gmail.com>

---

## Anderson, John Lee III Fwd: US Department of Justice Victim Notification System

---

**Carol Hepburn** <hepburn.lawyers@gmail.com>                                    Tue, Aug 4, 2009 at 4:46 PM
To: Carol Hepburn <hepburn.lawyers@gmail.com>


---------- Forwarded message ----------
From: **Jasmine Wilson** <fedemail@vns.usdoj.gov>
Date: Tue, Aug 4, 2009 at 6:41 AM
Subject: US Department of Justice Victim Notification System
To: Carol Hepburn <hepburn.lawyers@gmail.com>


DO NOT REPLY TO THIS EMAIL.


U.S. Department of Justice
United States Attorney's Office
Middle District of Georgia
300 Mulberry St, 4th Floor
Post Office Box 1702
Macon, GA 31202
Phone:  (478) 621-2634
Fax:  (478) 621-2683


August 04, 2009

Carol Hepburn
2722 Eastlake Ave. E          Suite 200
Seattle, WA 98102

RE:  United States v. Defendant(s) John Lee Anderson, III
Case Number 2006R00304 and Court Docket Number 09-CR-00005

Dear Carol Hepburn:

The United States Department of Justice believes it is important to keep victims of federal crime informed of court proceedings.  You have been identified to receive notifications for                  .  This notice provides information about the above-referenced criminal case.

Defendant John Lee Anderson, III was sentenced by the Court.  Court ordered the defendant to the following:

Incarceration of 5 year(s) 10 month(s)
Followed by Supervised Release of  20 year(s)
Fine of  $0.00.

The Victim Notification System (VNS) is designed to provide you with information regarding the case as it proceeds through the criminal justice system.  You may obtain current information about this case on the VNS Web site at https://www.notify.usdoj.gov or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program.  If you update your information to include a current email address, VNS will send information to that address.  In order to continue to receive notifications, it is your responsibility to keep your contact information current.

You will use your Victim Identification Number                  and Personal Identification Number                  anytime you contact the Call Center and the first time you log on to the VNS web site.  In addition, the first time you access the VNS Internet site, you will be prompted to enter your last name (or business name) as currently contained in VNS.  The name you should enter is Hepburn.

Remember, VNS is an automated system and cannot answer questions.  If you have other questions which involve this matter, please contact this office at the number listed above.

Sincerely,

Jasmine Wilson
Victim Witness Assistant


If you do not want to receive email notifications from the Victim Notification System (VNS) or wish to no longer participate in the Department of Justice victim notification program, please log into the VNS Web site at https://www.notify.usdoj.gov.  To stop receiving email notifications or change your email address select My Information and either remove your email address or provide a new address and click the "update" button.  If you no longer wish to receive notifications in your case or access the VNS Web site and toll free telephone service, select Stop Receiving Notifications and follow the instructions on the screen.

If you believe you have received this email in error, please contact the office listed at top of the email message.

Please note, if this is the first notification you have received from VNS you will need to wait 4-8 hours from receipt of this email before you can login to the VNS Internet site (http://www.notify.usdoj.gov). In addition, it will also be 4-8 hours before any documents which may have been uploaded to VNS as part of this notification will available under the "Documents/Links" section on the Web page.


--
CAROL L. HEPBURN, P.S.

6/26/2015                                          Gmail - Anderson, John Lee III Fwd: US Department of Justice Victim Notification System

2722 EASTLAKE AVENUE EAST, SUITE 200
SEATTLE, WA 98102
TELEPHONE: (206) 957-7272
FACSIMILE:  (206) 957-7273

This email is intended only for the addressee shown above.  It may contain information that is privileged and confidential, or otherwise protected from disclosure.  Any review, dissemination, or use of this transmission or its contents by persons other than the addressee is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone, and delete this transmission.  Thank you.

From: "U.S. Department of Justice - VNS" <fedemail@vns.usdoj.gov>
Subject: U.S. Department of Justice - VNS - Inmate Number
93722-020
Date: April 11, 2014 at 8:35:39 AM PDT
To: Carol Hepburn <hepburn.lawyers@gmail.com>

DO NOT REPLY TO THIS EMAIL.

April 11, 2014

**U.S. Department of Justice**
Federal Bureau of Prisons
FCI Ashland
P.O. Box 888
Rt. 716
Ashland, KY 41105-0888
Phone: (606) 928-6414

Ms. Hepburn Esq.

RE: JOHN ANDERSON
    Register Number: 93722-020
    Docket Number: 09-CR-00005

Dear Ms. Hepburn Esq.:

You have requested to receive notifications for
            regarding JOHN ANDERSON, an inmate
incarcerated at this facility. Notifications concerning this
inmate will be provided to you through the Victim Notification
System (VNS). You may obtain current information about this
matter on the Internet at https://www.notify.usdoj.gov or from
the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968)
(TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767).
In addition, you may use the Call Center or Internet to
update your contact information and/or change your decision
about participation in the notification program.

You will need the following Victim Identification Number (VIN)                and Personal Identification Number (PIN) ' anytime you contact the Call Center and the first time you log on to VNS on the Internet. You are associated with multiple cases. You will need only this victim ID/PIN code to access all case information. If you are receiving notifications with multiple victim ID/PIN codes please contact the VNS Call Center. In addition, the first time you access the VNS Internet site you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Hepburn.

This notice is to inform you that JOHN ANDERSON has been approved for placement in a Community Corrections Center (CCC), otherwise known as a halfway house, and will transfer from this institution on May 7, 2014. After the transfer, the inmate will be located at CSC-Dismas Charities, Inc. in Atlanta, Georgia.

In addition to the information provided regarding this offender's CCC transfer, the following information is relevant to the inmate's eventual release. The inmate is scheduled to release on October 7, 2014. The inmate is not eligible for parole. Upon release, the inmate will reside in Juliette, Georgia, and will be supervised by the United States Probation Office at USPO - Middle District of Georgia - Columbus, United States Post Office, and Courthouse, 120 12th Street, Columbus, Georgia 31902.

You may cancel this notification at any time by calling the VNS toll-free number provided, or by submitting your cancellation request in writing to the Federal Bureau of Prisons (BOP). Also, if BOP staff initiate a notification and are unsuccessful in contacting you due to inaccurate contact information, your participation in the notification program may be canceled; therefore, it is essential that you continue to ensure your contact information in the VNS remains up-to-

date. Finally, notification will terminate when the inmate has completed service of the sentence for the crime which resulted in the notification.

If at any time you have any questions or concerns regarding this program or the offender's status, please do not hesitate to contact me at the above address or you may telephone the VNS Call Center.

Sincerely,

M. Lester
Unit Manager

If you do not want to receive email notifications from the Victim Notification System (VNS) please log into the VNS Web site at https://www.notify.usdoj.gov, select "My Information", remove your email address and click the "update" button. If you remove your email address, you will continue to receive letters from VNS except in those case which have large numbers of victims. To change your email address, select "My Information", provide a new address and click the "update" button.

If you do not want to receive any notifications in your case, select "Stop Receiving Notifications" and follow the instructions on the screen.

If you believe you have received this email in error, please contact the office listed at top of the email message.

Please note, if this is the first notification you have received from VNS you will need to wait 4-8 hours from receipt of this email before you can login to the VNS Internet site (https://www.notify.usdoj.gov). In addition, it will also be 4-8 hours before any documents which may have been uploaded to VNS as part of this notification are available under the

VNS as part of this notification are available under the
"Downloads/Links" section on the Web page.

Please call the Victim Notification System (VNS) Help Desk
at phone number 1-866-625-1631 for assistance and
questions.