# EXHIBIT A

| | |
|---|---|
| **From:** | Jasmine Wilson |
| **To:** | Victim Notification System |
| **Subject:** | US Department of Justice Victim Notification System |
| **Date:** | Wednesday, June 29, 2011 1:45:18 AM |

DO NOT REPLY TO THIS EMAIL.

> U.S. Department of Justice
> United States Attorney's Office
> Middle District of Georgia
> 300 Mulberry St, 4th Floor
> Post Office Box 1702
> Macon, GA 31202
> Phone:  (478) 621-2634
> Fax:  (478) 621-2683

July 14, 2009

James Marsh
14525 SW Millikan Way  #65135
Beaverton, OR 97005-2343

RE:  United States v. Defendant(s) John Lee Anderson, III
Case Number 2006R00304 and Court Docket Number 09-CR-00005

Dear James Marsh:

The United States Department of Justice believes it is important to keep victims of federal crime informed of court proceedings.  You have been identified to receive notifications for ██████████.  This notice provides information about the above-referenced criminal case.

The sentencing hearing for defendant(s), John Lee Anderson, III, has been set for July 30, 2009, 09:30 AM at Macon, William A. Bootle Federal Building and U.S. Courthouse, 475 Mulberry St., Macon, GA 31201 before Judge Hugh Lawson.  You are welcome to attend this proceeding; however, unless you have received a subpoena, your attendance is not required by the Court.  If you plan on attending, please check with the VNS Call Center to verify the sentencing date and time. Should you wish to speak at the sentencing or want to check for the most current information on the date/time of this event please call our office a day or two before the scheduled hearing.

A United States Probation Officer prepares a report for the Court and may contact you to discuss the impact the crime had on you  financially, physically, and/or emotionally.  If you are contacted, please make every effort to provide accurate and detailed information.

The Victim Notification System (VNS) is designed to provide you with information regarding the case as it proceeds through the criminal justice system.  You may obtain current information about this case on the VNS Web site at https://www notify.usdoj.gov or from the VNS Call Center at

1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program. If you update your information to include a current email address, VNS will send information to that address. In order to continue to receive notifications, it is your responsibility to keep your contact information current.

You will use your Victim Identification Number (VIN) ▮▮▮▮ and Personal Identification Number (PIN) ▮▮▮ anytime you contact the Call Center and the first time you log on to the VNS web site. In addition, the first time you access the VNS Internet site, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is ▮▮▮.

Remember, VNS is an automated system and cannot answer questions. If you have other questions which involve this matter, please contact this office at the number listed above.

Sincerely,

Jasmine Wilson
Victim Witness Assistant


If you do not want to receive email notifications from the Victim Notification System (VNS) or wish to no longer participate in the Department of Justice victim notification program, please log into the VNS Web site at https://www.notify.usdoj.gov. To stop receiving email notifications or change your email address select My Information and either remove your email address or provide a new address and click the "update" button. If you no longer wish to receive notifications in your case or access the VNS Web site and toll free telephone service, select Stop Receiving Notifications and follow the instructions on the screen.

If you believe you have received this email in error, please contact the office listed at top of the email message.

Please note, if this is the first notification you have received from VNS you will need to wait 4-8 hours from receipt of this email before you can login to the VNS Internet site (http://www.notify.usdoj.gov). In addition, it will also be 4-8 hours before any documents which may have been uploaded to VNS as part of this notification will available under the "Documents/Links" section on the Web page.



Carol Hepburn <hepburn.lawyers@gmail.com>

# Anderson, John Lee III Fwd: US Department of Justice Victim Notification System

**Carol Hepburn** <hepburn.lawyers@gmail.com>  Tue, Aug 4, 2009 at 4:46 PM
To: Carol Hepburn <hepburn.lawyers@gmail.com>

---------- Forwarded message ----------
From: **Jasmine Wilson** <fedemail@vns.usdoj.gov>
Date: Tue, Aug 4, 2009 at 6:41 AM
Subject: US Department of Justice Victim Notification System
To: Carol Hepburn <hepburn.lawyers@gmail.com>

DO NOT REPLY TO THIS EMAIL.

> U.S. Department of Justice
> United States Attorney's Office
> Middle District of Georgia
> 300 Mulberry St, 4th Floor
> Post Office Box 1702
> Macon, GA 31202
> Phone:  (478) 621-2634
> Fax:  (478) 621-2683

August 04, 2009

Carol Hepburn
2722 Eastlake Ave. E      Suite 200
Seattle, WA 98102

RE:  United States v. Defendant(s) John Lee Anderson, III
Case Number 2006R00304 and Court Docket Number 09-CR-00005

Dear Carol Hepburn:

6/26/2015                                               Gmail - Anderson, John Lee III Fwd: US Department of Justice Victim Notification System

The United States Department of Justice believes it is important to keep victims of federal crime informed of court proceedings. You have been identified to receive notifications for                    . This notice provides information about the above-referenced criminal case.

Defendant John Lee Anderson, III was sentenced by the Court. Court ordered the defendant to the following:

Incarceration of 5 year(s) 10 month(s)
Followed by Supervised Release of 20 year(s)
Fine of $0.00.

The Victim Notification System (VNS) is designed to provide you with information regarding the case as it proceeds through the criminal justice system. You may obtain current information about this case on the VNS Web site at https://www.notify.usdoj.gov or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program. If you update your information to include a current email address, VNS will send information to that address. In order to continue to receive notifications, it is your responsibility to keep your contact information current.

You will use your Victim Identification Number                    and Personal Identification Number                    anytime you contact the Call Center and the first time you log on to the VNS web site. In addition, the first time you access the VNS Internet site, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Hepburn.

Remember, VNS is an automated system and cannot answer questions. If you have other questions which involve this matter, please contact this office at the number listed above.

Sincerely,

Jasmine Wilson
Victim Witness Assistant


If you do not want to receive email notifications from the Victim Notification System (VNS) or wish to no longer participate in the Department of Justice victim notification program, please log into the VNS Web site at https://www.notify.usdoj.gov. To stop receiving email notifications or change your email address select My Information and either remove your email address or provide a new address and click the "update" button. If you no longer wish to receive notifications in your case or access the VNS Web site and toll free telephone service, select Stop Receiving Notifications and follow the instructions on the screen.

If you believe you have received this email in error, please contact the office listed at top of the email message.

Please note, if this is the first notification you have received from VNS you will need to wait 4-8 hours from receipt of this email before you can login to the VNS Internet site (http://www.notify.usdoj.gov). In addition, it will also be 4-8 hours before any documents which may have been uploaded to VNS as part of this notification will available under the "Documents/Links" section on the Web page.


--
CAROL L. HEPBURN, P.S.

2722 EASTLAKE AVENUE EAST, SUITE 200
SEATTLE, WA 98102
TELEPHONE: (206) 957-7272
FACSIMILE:  (206) 957-7273

_____

This email is intended only for the addressee shown above. It may contain information that is privileged and confidential, or otherwise protected from disclosure. Any review, dissemination, or use of this transmission or its contents by persons other than the addressee is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone, and delete this transmission. Thank you.



**U.S. Department of Justice**
United States Attorney's Office
Middle District of Georgia
300 Mulberry St, 4th Floor
Post Office Box 1702
Macon, GA 31202
Phone: (478) 621-2603
Fax: (478) 621-2605

June 9, 2009

Re: United States v. John Lee Anderson, III
    Case Number 2006R00304 and Court Docket Number: 09-CR-00005

Dear          :

    The United States Department of Justice believes it is important to keep victims of federal crime informed of court proceedings. You have been identified to receive notifications for          . This notice provides information about the above-referenced criminal case.

    The sentencing hearing for defendant(s), John Lee Anderson, III, has been set for June 16, 2009, 09:30 AM at Macon, William A. Bootle Federal Building and U.S. Courthouse, 475 Mulberry St., Macon, GA 31201 before Judge Hugh Lawson. You are welcome to attend this proceeding; however, unless you have received a subpoena, your attendance is not required by the Court. If you plan on attending, please check with the VNS Call Center to verify the sentencing date and time. Should you wish to speak at the sentencing or want to check for the most current information on the date/time of this event please call our office a day or two before the scheduled hearing.

    A United States Probation Officer prepares a report for the Court and may contact you to discuss the impact the crime had on you financially, physically, and/or emotionally. If you are contacted, please make every effort to provide accurate and detailed information.

    The Victim Notification System (VNS) is designed to provide you with information regarding the case as it proceeds through the criminal justice system. You may obtain current information about this case on the VNS web site at WWW.Notify.USDOJ.GOV or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program. If you update your contact information to include a current email address, VNS will send information to that email address. In order to continue to receive notifications, it is your responsibility to keep your contact information current.

    You will use your Victim Identification Number          and Personal Identification Number          anytime you contact the Call Center and the first time you log on to the VNS web site. In addition, the first time you access the VNS Internet site, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Emmerson.

    Remember, VNS is an automated system and cannot answer questions. If you have other questions which involve this matter, please contact this office at the number listed above.

Sincerely,

*Pam Lightsey* (signature)

Pam Lightsey
Community Outreach and Victim Assistance Specialist