# EXHIBIT E

  

The National Center for Missing and Exploited Children® (NCMEC) was established in 1984 as a private, nonprofit 501(c)(3) organization. NCMEC provides services nationwide for families and professionals in the prevention of abducted, endangered, and sexually exploited children.   Pursuant to its mission and its congressional authorization (see 42 U.S.C. § 5773), NCMEC operates the CyberTipline and the Child Victim Identification Program to assist law enforcement in identifying victims of child pornography and child sexual exploitation and works with law enforcement, Internet service providers, electronic payment service providers, and others to reduce the distribution of child sexual exploitation images and videos over the Internet.   NCMEC does not investigate and cannot verify the accuracy of the information reported to NCMEC.   NCMEC forwards reports of child sexual exploitation to law enforcement for purposes of investigation and disposition.

# ECD Technical Assistance Request

## Request Information

| | |
|---|---|
| Report ID: | 37580 |
| Date Entered: | 04/21/2009 11:21:15 AM EDT |
| External Request? | Yes |
| Case # | 305C-AT-101240 |

## Requestor Information

| | |
|---|---|
| Requestor Name: | SA Jalaine Ward |
| Agency | Federal Bureau of Investigation     Type? Fed |
| Phone: | 478-745-1271 |
| Extension: | |
| Fax: | |
| Email Address: | jalaine.ward@ic.fbi.gov |
| Address: | |
| City: | Atlanta |
| State: | GA |
| Zip: | |
| Country: | United States |

## Suspect Information

| | |
|---|---|
| Suspect Name: | John Lee Anderson |
| Last Known Country: | United States |

## Searches

| | |
|---|---|
| CyberTip Search | Yes |
| Public Records Search | No |
| Identified Series Request | Yes |

LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Under no circumstances shall this Report be used as evidence of criminal wrongdoing. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.

NCMEC000001

| | |
|---|---|
| ISP Contact Needed | No |
| Internet Searches? | No |
| New Child? | No |
| Seen Before Report? | No |

Internet Search Notes:

Other Searches:

Additional Case Details:
**FBI MPA Parkhouse received on behalf of SSA Scott McMillion two (2) DVD's from the submitting agency. A formal request was made that the files be reviewed for any known child victims that were identified by law enforcement in past investigations.**

The following information was gathered by ECD Staff as a result of additional analysis and searches.

## NCMEC Supplemental Information

| | |
|---|---|
| ECD Staff: | **Shelley Allwang** |
| Date Processed: | **5/1/2009 01:24:00** |
| Case Status: | **Closed** |
| Attachment On File? | **Yes** |
| Images Were Identified? | **Yes** |
| Total Minutes Spent: | **0** |

## NCMEC Notes

Note Date:      04/21/2009 11:21:51 AM EDT
Note: #1
**ECD-bma  04/21/2009 11:23**

**Past CT/TA search on 'john anderson' yielded negative related results.**
**Past CT/TA search on 'john lee anderson' yielded negative results.**

**=======================**
**The submitted files correspond with the listed NCMEC request numbers:**
**"Graphics1.zip": 37580**
**"Graphics2.zip": 37580_1**
**=======================**

**The submitted files were compared with NCMEC's Child Recognition & Identification System (CRIS). There were some files that appear to contain child victims who have been identified by**

LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Under no circumstances shall this Report be used as evidence of criminal wrongdoing. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.

NCMEC000002

**law enforcement.**

**The following 'Child Identification Report' will list the specific file names, the corresponding series name and the law enforcement point of contact who is providing age verification for the children.**

**Please note that FBI's Office for Victim Assistance has been provided a copy of this report and will forward a list of victims, contact information and notification preference to the investigator and designated victim assistance or notification personnel within your agency.**

**===================================**
**At this time, I will send an electronic copy of the Child Identification Report to NCMEC FBI liaisons.  In addition, FBI personnel will destroy or return the media to the submitting agency.**

LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Under no circumstances shall this Report be used as evidence of criminal wrongdoing. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.

NCMEC000003




# Child Identification Report

The following Child Identification Report lists the specific file name(s), the corresponding series name and the law enforcement point of contact who is providing age verification for the children.   It is the responsibility of the submitting agency to contact the listed law enforcement contact(s) for verification and identification of the child victim(s).

Due to the sensitive nature of the information requested, please refer to the instructions below to ensure the series points of contact are able to validate the request.

- When reaching out to a point of contact for additional information, whether by email or phone, please provide the NCMEC  **TA Report #** , seen on the next page.
- If the request is made via email, please use your Agency email account or the same email account provided to NCMEC/Child Victim Identification Program at the time of request. Please make  <u>all</u>  attempts to not use personal email accounts such as Yahoo, Hotmail, AOL or Gmail.  These personal accounts may be regarded as spam by some filtering programs, and may be viewed as "an unofficial request" by the recipient.

Adhering to these guidelines will allow the series points of contact to validate and respond to your requests quickly.

<u>CVIP recommends requesting an affidavit  from the law enforcement point of contact as the first step in verifying the image.</u>  Based on the demands placed on series' point of contacts,  *we ask that you reserve serving a subpoena as a last resort.*

Within the Child Identification Report, you will find fields titled "State" and/or "Country".  This information indicates the jurisdiction where the image/video files were produced and is provided to demonstrate the distribution of files. Additionally, "Multiple Jurisdictions" indicates multiple victims and/or jurisdictions of production while "Unknown Jurisdiction" indicates that CVIP has not been provided this information. All information regarding the distribution of files should be verified by the series law enforcement point of contact.

Please contact CVIP at cvip@ncmec.org or 1-877-446-2632 ext. 6705 with any additional questions.

*Copyright 2009. National Center for Missing & Exploited Children. All rights reserved.*
*Do not reproduce without express written permission from NCMEC.*

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

**TA Report #:**  37580
**# of Image Files Identified:**  1131
**# of Video Files Identified:**  0
**Total # of Series Identified:**  44



Copyright 2009. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

NCMEC000005

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 37580 |
| **Series:** | Christina |
| **Agency:** | ▇▇▇ Police Department |
| **Investigator** | Detective John Weaver |
| **Phone:** | ▇▇▇▇▇▇▇ |
| **State:** | CA |
| **Country:** | United States |
| **Email:** | johnwe@ci.▇▇▇▇.ca.us |
| **Preferred Method of Contact:** | Phone |
| **Case #:** | Operation Hamlet |

**Victim Notification:**
*As of 05/01/2009, this series requires victim notification in accordance with the Crime Victims' Rights Act, 18 U.S.C.§ 3771. Please contact the FBI's Office for Victim Assistance Child Pornography Victim Assistance (CPVA) via email CPVA@ic fbi.gov or phone 1-877-236-8947.

**Files found:**

/Graphics1/Graphics A-I, Symbols/_00000FTK/_60000FTK/AT_DA~85[98994].JPE
/Graphics1/Graphics A-I, Symbols/_00000FTK/_60000FTK/AT_DA~89[99457].JPE
/Graphics1/Graphics A-I, Symbols/_00000FTK/_60000FTK/AT_DA~8A[99147].JPE

*Copyright 2009. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.*     Page 32 of 68

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 37580 |
| **Series:** | Misty |
| **Agency:** | Federal Bureau of Investigation |
| **Investigator** | SA Kevin Shanley |
| **Phone:** | 215-418-4000 |
| **State:** | PA |
| **Country:** | United States |
| **Preferred Method of Contact:** | Phone |
| **Case #:** | 305A-BA-80998-E2556-PH |

**Victim Notification:**

*As of 05/01/2009, this series requires victim notification in accordance with the Crime Victims' Rights Act, 18 U.S.C.§ 3771. Please contact the FBI's Office for Victim Assistance Child Pornography Victim Assistance (CPVA) via email CPVA@ic fbi.gov or phone 1-877-236-8947.

**Victim Impact Statement:**

*NCMEC was informed that there is a Victim Impact Statement on file for this series. Contact the Department of Justice's Child Exploitation and Obscenity Section (CEOS) for further details at 202-514-5780. Please note that some series contain multiple children. Consult with CEOS to ensure you receive the appropriate victim impact statement for the child in question.

**Files found:**

/Graphics1/Graphics A-I, Symbols/_00000FTK/_00000FTK/08_MIST0[84401].JPG
/Graphics1/Graphics A-I, Symbols/_00000FTK/_00000FTK/08~mist002[118476].jpg
/Graphics1/Graphics A-I, Symbols/_00000FTK/_00000FTK/08~mist003[118477].jpg
/Graphics1/Graphics A-I, Symbols/_00000FTK/_00000FTK/08~mist004[118478].jpg
/Graphics1/Graphics A-I, Symbols/_00000FTK/_00000FTK/08~mist005[118479].jpg
/Graphics1/Graphics A-I, Symbols/_00000FTK/_00000FTK/08~mist006[96179].jpg
/Graphics1/Graphics A-I, Symbols/_00000FTK/_00000FTK/08~mist007[118481].jpg
/Graphics1/Graphics A-I, Symbols/_00000FTK/_00000FTK/08~mist009[118482].jpg
/Graphics1/Graphics A-I, Symbols/_00000FTK/_00000FTK/08~mist010[118483].jpg
/Graphics1/_00000FTK/JPEG_30[118476][145766].jpg
/Graphics1/_00000FTK/JPEG_30[118477][145767].jpg
/Graphics1/_00000FTK/JPEG_30[118478][145768].jpg
/Graphics1/_00000FTK/JPEG_30[118479][145769].jpg
/Graphics1/_00000FTK/JPEG_30[118481][145771].jpg
/Graphics1/_00000FTK/JPEG_30[118483][145772].jpg
/Graphics1/_00000FTK/JPEG_30[84401][139068].jpg
/Graphics1/_00000FTK/JPEG_30[96179][139710].jpg

*Copyright 2009. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.*

 

# Child Identification Report

The following Child Identification Report lists the specific file name(s), the corresponding series name and the law enforcement point of contact who is providing age verification for the children.   It is the responsibility of the submitting agency to contact the listed law enforcement contact(s) for verification and identification of the child victim(s).

Due to the sensitive nature of the information requested, please refer to the instructions below to ensure the series points of contact are able to validate the request.

- When reaching out to a point of contact for additional information, whether by email or phone, please provide the NCMEC **TA Report #** , seen on the next page.
- If the request is made via email, please use your Agency email account or the same email account provided to NCMEC/Child Victim Identification Program at the time of request. Please make  <u>all</u>  attempts to not use personal email accounts such as Yahoo, Hotmail, AOL or Gmail.  These personal accounts may be regarded as spam by some filtering programs, and may be viewed as "an unofficial request" by the recipient.

Adhering to these guidelines will allow the series points of contact to validate and respond to your requests quickly.

<u>CVIP recommends requesting an affidavit from the law enforcement point of contact as the first step in verifying the image.</u>
Based on the demands placed on series' point of contacts,  *we ask that you reserve serving a subpoena as a last resort.*

Within the Child Identification Report, you will find fields titled "State" and/or "Country".  This information indicates the jurisdiction where the image/video files were produced and is provided to demonstrate the distribution of files. Additionally, "Multiple Jurisdictions" indicates multiple victims and/or jurisdictions of production while "Unknown Jurisdiction" indicates that CVIP has not been provided this information. All information regarding the distribution of files should be verified by the series law enforcement point of contact.

Please contact CVIP at cvip@ncmec.org or 1-877-446-2632 ext. 6705 with any additional questions.

*Copyright 2009. National Center for Missing & Exploited Children. All rights reserved.*
 *Do not reproduce without express written permission from NCMEC.*                                                                                                                                *Page 1 of 75*

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

**TA Report #:** 37580_1
**# of Image Files Identified:** 1242
**# of Video Files Identified:** 0
**Total # of Series Identified:** 49



Christina

Misty

Vicky

Copyright 2009. National Center for Missing & Exploited Children. All rights reserved. Do not reproduce without express written permission from NCMEC.

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 37580_1 |
| **Series:** | Christina |
| **Agency:** | ▇▇▇ Police Department |
| **Investigator** | Detective John Weaver |
| **Phone:** | ▇▇▇▇▇▇ |
| **State:** | CA |
| **Country:** | United States |
| **Email:** | johnwe@ci.▇▇▇▇.ca.us |
| **Preferred Method of Contact:** | Phone |
| **Case #:** | Operation Hamlet |

**Victim Notification:**

*As of 05/01/2009, this series requires victim notification in accordance with the Crime Victims' Rights Act, 18 U.S.C.§ 3771. Please contact the FBI's Office for Victim Assistance Child Pornography Victim Assistance (CPVA) via email CPVA@ic fbi.gov or phone 1-877-236-8947.

**Files found:**

/Graphics2/Graphics/_00000FTK/_41000FTK/treasure2[73574].jpg

*Copyright 2009. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.*  Page 28 of 75

NCMEC000099

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 37580_1 |
| **Series:** | Misty |
| **Agency:** | Federal Bureau of Investigation |
| **Investigator** | SA Kevin Shanley |
| **Phone:** | 215-418-4000 |
| **State:** | PA |
| **Country:** | United States |
| **Preferred Method of Contact:** | Phone |
| **Case #:** | 305A-BA-80998-E2556-PH |

**Victim Notification:**

*As of 05/01/2009, this series requires victim notification in accordance with the Crime Victims' Rights Act, 18 U.S.C.§ 3771. Please contact the FBI's Office for Victim Assistance Child Pornography Victim Assistance (CPVA) via email CPVA@ic fbi.gov or phone 1-877-236-8947.

**Victim Impact Statement:**

*NCMEC was informed that there is a Victim Impact Statement on file for this series. Contact the Department of Justice's Child Exploitation and Obscenity Section (CEOS) for further details at 202-514-5780. Please note that some series contain multiple children. Consult with CEOS to ensure you receive the appropriate victim impact statement for the child in question.

**Files found:**

/Graphics2/_H0000FTK/MIST[98771].JPG

*Copyright 2009. National Center for Missing & Exploited Children. All rights reserved. Do not reproduce without express written permission from NCMEC.*

NCMEC000131

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 37580_1 |
| **Series:** | Vicky |
| **Agency:** | ▆▆▆▆ Police Department |
| **Investigator** | Detective Roy Shepherd |
| **Phone:** | ▆▆▆▆ |
| **State:** | WA |
| **Country:** | United States |
| **Email:** | RShepherd@CI.▆▆▆▆.WA.US |
| **Preferred Method of Contact:** | Email |

**Victim Notification:**

*As of 05/01/2009, this series requires victim notification in accordance with the Crime Victims' Rights Act, 18 U.S.C.§ 3771. Please contact the FBI's Office for Victim Assistance Child Pornography Victim Assistance (CPVA) via email CPVA@ic fbi.gov or phone 1-877-236-8947.

**Victim Impact Statement:**

*NCMEC was informed that there is a Victim Impact Statement on file for this series. Contact the Department of Justice's Child Exploitation and Obscenity Section (CEOS) for further details at 202-514-5780. Please note that some series contain multiple children. Consult with CEOS to ensure you receive the appropriate victim impact statement for the child in question.

**Files found:**

/Graphics2/Graphics/_00000FTK/_31000FTK/suckcum[74677].jpg
/Graphics2/Graphics/_00000FTK/_J0000FTK/JPEG_11284480[238787][266843].jpg
/Graphics2/_L0000FTK/PTAILS[84885].JPG

*Copyright 2009. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.*