# EXHIBIT 12

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| "AMY," "VICKY," and "ALICE," | Case No. 5:16-cv-00212-MTT |
| Plaintiffs, | |
| v. | |
| JOHN LEE ANDERSON III, | |
| Defendant. | |

**PLAINTIFFS' RULE 26(a) INITIAL DISCLOSURES**

Plaintiffs Amy, Vicky, and Alice make the following initial disclosures as required by Fed. R. Civ. P. 26(a). These disclosures are based upon, and therefore limited by, records and information in existence, presently recollected, and thus far discovered in the course of preparing these disclosures. The Plaintiffs reserve the right to make changes in these disclosures due to inadvertent errors or omissions or if additional or more accurate information becomes available.

1. **NAMES AND CONTACT INFORMATION OF WITNESSES**
   **(Fed. R. Civ. P. 26(a)(1)(A))**

The following persons are likely to have discoverable information that the Plaintiffs may use to support their claims or defenses:

1

**Plaintiff Amy:**

1. Stan V. Smith, Ph.D.
   Forensic Economist
   Smith Economics Group, Ltd.
   1165 N Clark Ste 600
   Chicago IL 60610-7918
   312-943-1551
   [subjects of the information – expert testimony concerning the Plaintiff's damages]

2. Joyanna Silberg, Ph. D.
   Childhood Recovery Resources
   6501 N Charles St
   PO Box 6815
   Baltimore MD 21285-6815
   410-938-4974
   [subjects of the information – expert testimony concerning the Plaintiff's damages]

3. Kevin E. Shanley
   Special Agent
   FBI Boston
   1 Center Plz Ste 400
   Boston MA 02108-1811
   617-742-5533

**Plaintiff Vicky:**

1. Randall Green, PhD
   Forensic Psychologist
   2250 D Street NE
   Salem OR 97301-2768
   503-364-6093

2. Stan V. Smith, PhD
   Smith Economics Group, Ltd.
   Forensic Economist
   1165 N. Clark Street, Suite 600
   Chicago IL 60610-7918
   312-943-1551

3. Merrill A. Cohen, MC, CDMS, CRC, CCM, CLCP
   Strategic Consulting Services, Inc.
   Forensic Vocational and Educational Rehabilitation Evaluator
   180 Nickerson Street, Suite 106
   Seattle WA 98109-1631
   425-917-2001

4. Sharon W. Cooper, M.D. FAAP
   Developmental and Forensic Pediatrics
   PO Box 72929
   Fort Bragg, NC 28307-2929
   910-488-9200

5. Joshua Findley
   Special Agent
   Homeland Security Investigations
   4310 SW Macadam Avenue, Suite 400
   Portland, OR  97239
   503-326-7491

**Plaintiff Alice:**

1. Randall Green, PhD
   Forensic Psychologist
   2250 D Street NE
   Salem OR 97301-2768
   503-364-6093

2. Kathryn Reid, MA, CRC, CCM
   Reid Case Management, Inc
   100 W Harrison St, North Tower Ste 450
   Seattle WA  98119-4115
   206-282-8282

3. Stan V. Smith, PhD
   Smith Economics Group, Ltd.
   Forensic Economist
   1165 N. Clark Street, Suite 600
   Chicago IL 60610-7918
   312-943-1551

3

    4.    Detective John Weaver
          Clovis Police Department
          Clovis CA 93612
          559-234-2548

**All Plaintiffs:**

    1.    Plaintiff Amy
          Identifying information protected by pseudonym order
          [subjects of the information – all elements of Plaintiffs' claims]

    2.    Plaintiffs Vicky and Alice
          Identifying information protected by pseudonym order
          [subjects of the information – all elements of Plaintiffs claims]

    3.    Law enforcement agents involved in the investigation and prosecution of Defendant

    4.    Defendant John Lee Anderson
          Addresses and telephone numbers are known to the Defendant
          [subjects of the information – all elements of our claims including but not limited to the Defendant's receipt, possession and distribution of Plaintiff's child pornography images]

The Plaintiffs reserve the right to update this list as additional documents and information are produced by the parties, and as discovery continues in this case.

**2.    DOCUMENTS AND THINGS IN ITS POSSESSION
       (Fed. R. Civ. P. 26(a)(1)(B))**

One or more Plaintiffs have possession, custody, or control of the following categories:

**Plaintiff Amy:**

    1.    Expert report for Amy by Stan V. Smith, Ph.D. dated September 15, 2008.

    2.    Curriculum Vitae of Stan V. Smith, Ph.D.

3. Expert report for Amy by Joyanna Silberg, Ph.D. dated November 21, 2008.

4. Expert report for Amy by Joyanna Silberg, Ph.D. dated October 21, 2010.

5. Expert report for Amy by Joyanna Silberg, Ph.D. dated January 23, 2011.

6. Expert report for Amy by Joyanna Silberg, Ph.D. dated October 23, 2012.

7. Expert report for Amy by Joyanna Silberg, Ph.D. dated December 8, 2014.

8. Curriculum Vitae of Joyanna Silberg, Ph.D.

**Plaintiff Vicky:**

1. Current Curriculum Vitae, Bio and Testimony History of Randall L. Green, PhD;

2. Randall L. Green, PhD Fee Statement Governing the Provision of Forensic Consultation Services;

3. April 11, 2014 expert report by Randall L. Green, PhD;

4. April 23, 2014 Addendum to Status Update Report – IV: Vocational Impact Opinion;

5. April 11, 2014 Addendum to Previous Reports of Randall L. Green, PhD;

6. March 13, 2012 Psychological Status Report Summary of Randall L. Green, PhD;

7. July 5, 2010 Psychological Status Report Summary Addendum to Previous Reports by Randall L. Green, PhD;

8. December 2, 2009 Psychological Status Report Summary Addendum to May 22, 2009 Report by Randall L. Green, PhD;

9. May 22, 2009 Forensic Psychological Examination by Randall L. Green, PhD.

10. Current Curriculum Vitae of Stan V. Smith, PhD;

11. "List of Cases Over the Last Four Years Wherein Stan V. Smith has Testified as of April 1, 2014;"

12. Fee Schedule of Stan V. Smith, PhD;

13. May 5, 2014 "Vicky" Update of Stan V. Smith, PhD;

14. November 10, 2010 "Vicky" report of Stan V. Smith, PhD;

15. Current Curriculum Vitae of Merrill A. Cohen;

16. Testimony Log of Merrill A. Cohen;

17. 2014 Rate Structure of Merrill A. Cohen;

18. April 23, 2014 report of Merrill A. Cohen;

19. March 10, 2010 Report of Merrill A. Cohen

20. May 2009 Victim Impact Statement of Victim in the "Vicky" Series and Letter to Judge;

21. October 1, 2010 Victim Impact Statement from Mother of Victim in "Vicky" Series;

22. October 1, 2010 Victim Impact Statement from Step-Father of Victim in "Vicky" Series;

23. December 2011 Updated Victim Impact Statement from "Vicky" Series Victim;

24. January 31, 2013 Supplement to Victim Impact Statement of "Vicky" Series Victim;

25. September 23, 2013 Updated Victim Impact Statement from "Vicky" Series Victim; and

26. January 27, 2016 Video Victim Impact Statement from "Vicky" Series Victim.

**Plaintiff Alice:**

1. Current Curriculum Vitae, Bio and Testimony History of Randall L. Green, PhD;

2. Randall L. Green, PhD Fee Statement Governing the Provision of Forensic Consultation Services;

3. July 7, 2014 expert report by Randall L. Green, PhD;

4. Current Curriculum Vitae of Stan V. Smith, PhD;

5. "List of Cases Over the Last Four Years Wherein Stan V. Smith has Testified as of April 1, 2014;"

6. Fee Schedule of Stan V. Smith, PhD;

7. November 12, 2014 report of Stan V. Smith, PhD;

8. Current Curriculum Vitae of Kathryn Reid, MA, CRC, CCM;

9. Testimony Log of Kathryn Reid;

10. 2014 Fee Statement of Kathryn Reid;

11. April 12, 2016 report of Kathryn Reid.

12. July 22, 2014 Victim Impact Statement of Alice;

13. August 1, 2014 Victim Impact Statement of Mother of Alice; and

14. August 10, 2014 Victim Impact Statement of Sister of Alice.

**All Plaintiffs**

1. Transcript of Sentencing Hearing in *United States v. John Lee Anderson III*, United States District Court, Middle District of Georgia, Case 5:09-cr-00005 held on July 30, 2009.

2. Notices received from the Criminal Victim Notice System concerning the Defendant's prosecution.

The Plaintiffs expect to request and receive during discovery the following categories that they may use to support their claims:

1. Discovery received by the Defendant in the course of the criminal prosecution in *United States v. John Lee Anderson III*, United States District Court, Middle District of Georgia, Case 5:09-cr-00005.

The Plaintiffs expect additional documents to be identified and requested in discovery.

**3.   COMPUTATION OF DAMAGES**
**(Fed. R. Civ. P. 26(a)(1)(C))**

The Plaintiffs are seeking damages as follows:

1. Statutory Damages – Each plaintiff is seeking the minimum statutory damages allowed under 18 U.S.C. § 2255 of $150,000.

7

2. Damages for Emotional Distress / Reduction in Value of Life – Plaintiff Amy is seeking $8,886,300 as calculated by Stan V. Smith, Ph.D., Plaintiff Vicky is seeking $2,842,627 as calculated by Stan V. Smith, Ph.D., Plaintiff Alice is seeking $1,260,423 – $3,151,080 as calculated by Stan V. Smith, Ph.D.

3. Loss of Wages and Employee Benefits – Plaintiff Amy is seeking $2,855,173 as calculated by Stan V. Smith, Ph.D., Plaintiff Vicky is seeking $936,646 as calculated by Stan V. Smith, Ph.D., Plaintiff Alice is seeking $3,641,675 – $4,692,411 as calculated by Stan V. Smith, Ph.D.

4. Future Treatment and Counseling Costs – Plaintiff Amy is seeking $512,681 as calculated by Stan V. Smith, Ph.D., Plaintiff Vicky is seeking $117,350 as calculated by Randall L. Green Ph.D. and Merrill Cohen M.C, Plaintiff Alice is seeking $386,906 as calculated by Randall L. Green, Ph.D. and Kathryn Reid, MS, CRC, CCM.

5. Punitive Damages

6. Expert Witness Fees – Each Plaintiff is seeking expert witness fees in an amount to be determined for any supplemental or additional evaluations, reports, or testimony required by the Plaintiffs' experts.

7. Attorney Fees and Costs – Plaintiffs are seeking costs of $625 for court fees and service of process, and attorney fees in excess of $10,000 subject to a final determination by the Court after trial.

8. Pre-judgment and Post-judgment Interest – Plaintiffs are seeking pre-judgment and post-judgment interest in an amount to be determined by the Court after trial.

**4.  INSURANCE AGREEMENTS**
**(Fed. R. Civ. P. 26(a)(1)(D))**

The Plaintiffs are not aware of any insurance agreements that may be liable to satisfy part or all of a judgment that may be entered in the action to indemnify or reimburse for payments made to satisfy the judgment.

|  | Respectfully submitted, |
|---|---|
|  | /s/ George M. Weaver |
| HOLLBERG & WEAVER, LLP | GEORGE M. WEAVER            743150 |
| 2921 Piedmont Road, N.E., Suite | Attorney for Plaintiffs |
| Atlanta, Georgia 30305-2785 | **Local Counsel** |
| Phone 404-760-1116 |  |
| gweaver@hw-law.com |  |
|  | /s/ James R. Marsh |
| MARSH LAW FIRM PLLC | JAMES R. MARSH |
| 151 E Post Road, Suite 102 | *admitted pro hac vice* |
| White Plains, New York 10601-5210 | Attorney for Plaintiffs |
| Phone 212-372-3030 | **Lead Counsel** |
| jamesmarsh@marsh.law |  |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

"AMY," "VICKY," and "ALICE,"    Case No. 5:16-cv-00212-MTT

Plaintiffs,

v.

JOHN LEE ANDERSON III,

Defendant.

## CERTIFICATE OF SERVICE

I, James R. Marsh, caused to be served via postal mail, a true and correct copy of the Plaintiffs' First Request for Production, to the parties as follows:

Arthur W. Leach
5780 Windward Pkwy Ste 225
Alpharetta, GA 30305
art@arthurwleach.com

DATED this 6th day of October, 2017.

/s/ James R. Marsh

MARSH LAW FIRM PLLC               JAMES R. MARSH
151 E Post Road, Suite 102         *admitted pro hac vice*
White Plains, New York 10601-5210  Attorney for Plaintiffs
Phone 212-372-3030                 **Lead Counsel**
jamesmarsh@marsh.law